UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**FILED**

2012 SEP 19  PM 4: 08

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO. FLORIDA

UNITED STATES OF AMERICA

VS.                                                    CASE NO: 6:03-cr-145-Orl-22GJK

CHRISTY DENISE BURNS

---

### ORDER

This matter came before the Court on September 10, 2012, for consideration of the

Report and Recommendation rendered by the United States Magistrate Judge (Doc. No. 129),

after a Final Supervised Release Revocation Hearing on a Petition on Supervised Release filed

by the Probation Officer on May 30, 2012 (Doc. No. 116).  Defendant was represented at the

hearing by Tracy DaCruz, Esq.  Having heard from the parties, it is ORDERED AND

ADJUDGED as follows:

       1.     The Report and Recommendation of the United States Magistrate Judge

(Doc. No. 129) is ADOPTED AND APPROVED.  The Petition on Supervised Release

(Doc. No. 116) is GRANTED.  Violation Charges 3 and 4 are DISMISSED.

       2.     The defendant is reinstated to supervision; however, the terms of

supervision are modified to include the following special condition(s):

       The defendant shall be placed on a curfew for a period of 90 days.  During this

time, the defendant shall remain at her place of residence between the hours of 8:00 p.m.

and 6:00 a.m. each day unless granted permission in advance by the Probation Office to

be elsewhere.  The defendant may be required to wear an electronic monitoring device, to

comply with telephone equipment restrictions, and to follow electronic monitoring

procedures specified by the Probation Office to facilitate the monitoring process.  Further

the defendant shall be required to contribute the costs of services for such monitoring not

to exceed an amount determined reasonable by the Probation Office based on ability to pay.

3.      All conditions previously set pursuant to the judgment entered on November 24, 2003, except as modified herewith, shall remain in effect.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on September 19, 2012.

ANNE C. CONWAY
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Magistrate Judge
United States Marshals Service
United States Probation Office
United States Pretrial Services